**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**CASE NO.: 1:26-cv-00420-WMR**

CapyFun LLC,

       Plaintiff,

v.

Yywhahfgfb,

       Defendant.

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff CAPYFUN LLC seeks an entry of a preliminary injunction on an action arising out of 15 U.S.C. §§ 1114, 1116, and 1125(a), 17 U.S.C. §§ 502 and 1203, 35 U.S.C. § 271, The All Writs Act, 28 U.S.C. § 1651(a), and Georgia's common law.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, filed concurrently herewith. A Proposed Order is also submitted with this Motion.

Dated: May 14, 2026          Respectfully submitted,

                        */s/ Joel B. Rothman*
                        JOEL B. ROTHMAN

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

Georgia Bar Number: 979716
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN
Georgia Bar Number: 377422
evan.andersen@sriplaw.com
ANTHONY J. UNDERWOOD
Georgia Bar Number: 685078
anthony.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff CapyFun LLC*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS