# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CapyFun LLC,

                    Plaintiff,              Case No.: 1:26-cv-00420-WMR

v.                                          **FILED UNDER SEAL**

Yywhahfgfb,

                    Defendant.

## PLAINTIFF'S SECOND MOTION TO EXTEND EX PARTE TEMPORARY RESTRAINING ORDER AND ASSET FREEZE ORDER

Pursuant to Fed. R. Civ. P. 65(b)(2) and Local Civil Rule 7.1A(1), Plaintiff hereby moves for entry of an Order extending the Temporary Restraining Order and Asset Freeze Order for an additional fourteen (14) days, up to and including June 5, 2026.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, filed concurrently herewith. A proposed Order is also submitted with this Motion.

Dated: May 20, 2026                 Respectfully submitted,

                                    */s/ Joel B. Rothman*
                                    JOEL B. ROTHMAN
                                    Georgia Bar Number: 979716
                                    joel.rothman@sriplaw.com

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

*/s/ Evan A. Andersen*
EVAN A. ANDERSEN
Georgia Bar Number: 377422
evan.andersen@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS