# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

CapyFun LLC,

           Plaintiff,

v.

Yywhahfgfb,

           Defendant.

Case No.: 1:26-cv-00420-WMR

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND *EX PARTE* TEMPORARY RESTRAINING ORDER AND ASSET FREEZE ORDER

THIS CAUSE, comes before the Court on Plaintiff's Second Motion to Extend *Ex Parte* Temporary Restraining Order and Asset Freeze Order (the "Motion") pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure.

The Court finds that Plaintiff has demonstrated good cause for an extension of the TRO for an additional fourteen (14) days up to and including June 5, 2026.

Plaintiff's Motion is GRANTED. The TRO shall remain in effect until and through June 5, 2026.

**SO ORDERED** this 21st day of May 2026.

_____
**WILLIAM M. RAY II**
**UNITED STATES DISTRICT JUDGE**