# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **CAPYFUN, LLC,** | ) |
| | ) |
| | ) **Case Number: 1:26-cv-00420-** |
| **Plaintiff,** | ) **WMR** |
| | ) |
| **v.** | ) |
| | ) |
| **quanyaocheng US, et al.** | ) |
| | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Please take notice that Ravi Rayasam of Ghanayem and Rayasam, LLC will be representing Defendant Yywhahfgfb, ("Defendant"), in the above-captioned case and that he be included on the service of all notices, pleadings and other documents filed in this case at the following address:

Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088 (fax)
ravi@gratlantalaw.com

Respectfully submitted, this the 26th day of May, 2026.


/s/ Ravi Rayasam
Ravi Rayasam

Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088 (fax)
Ga Bar No. 596769
ravi@gratlantalaw.com


Counsel for Defendant Yywhahfgfb

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

*/s/ Ravi Rayasam*
Ravi Rayasam
Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
Ga Bar No. 596769
ravi@gratlantalaw.com