**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

CAPYFUN LLC,

        Plaintiff,

v.

QUANYAOCHENG US, ET AL.,

        Defendants.

Civil Action No. 1:26-cv-00420-WM

**(UNOPPOSED) DEFENDANT'S FIRST MOTION FOR EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, Yywhahfgfb, ("Defendant"), through counsel, and respectfully request this Court extend the time by 21 days to file an answer or otherwise plead to the Plaintiff's Complaint. In support:

1. This is the first motion for an extension of time filed by the Defendants regarding the Answer.

2. The Defendants, through corporate counsel, are currently in settlement negotiations with Plaintiff's counsel.

3. The Defendants need additional time to try and reach a settlement, or if not, respond to Plaintiff's Complaint, which is currently due May 26, 2026.

4. This Court may, for good cause, extend the time by which Defendants'

response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendants request that the Court extend the date 21 days from the date of this filing on which Defendants must respond to Plaintiff's Complaint, if ultimately necessary, to June 16, 2026.

6. The Plaintiff does not oppose this Motion.

7. A proposed Order is provided.

WHEREFORE, Defendant Yywhahfgfb respectfully requests this Honorable Court enter an Order: Extending the date on which their response to Plaintiff's Complaint is due 21 days to June 16, 2026.

Respectfully submitted, this the 26th day of May, 2026.

*/s/ Ravi Rayasam*
Ghanayem and Rayasam, LLC
1936B North Druid Hills Road,
N.E.
Atlanta, GA 30319
(404) 561-0202
Ga Bar No. 596769
ravi@gratlantalaw.com

*Counsel for Defendant Yywhahfgfb*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

*/s/ Ravi Rayasam*
Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088
(fax) Ga Bar No. 596769
ravi@gratlantalaw.com

*Counsel for Defendant Yywhahfgfb*