**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **CAPYFUN, LLC,** | ) | |
| | ) | |
| | ) | **Case Number 1:26-cv-00420-WMR** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **quanyaocheng US, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**(PROPOSED) ORDER ON DEFENDANT'S FIRST MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

THIS CAUSE has come before the Court on Defendant's First Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint ("Motion"). The Court having considered the Motion, finds as follows:

The Defendant having demonstrated good cause to grant the Motion, and no party will be prejudiced by an extension. ORDERED AND ADJUDGED: Defendants' Motion is hereby GRANTED, and the time for Defendant Yywhahfgfb to answer or otherwise respond to Plaintiff's Complaint (Doc. 1) is hereby extended until June 16, 2026.

IT IS SO ORDERED:

_____
William M. Ray, II
United States District Judge