**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| **CAPYFUN, LLC,** | ) | |
| | ) | |
| | ) | **Case Number 1:26-cv-00420-WMR** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **quanyaocheng US, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER ON EMERGENCY MOTION FOR EXTENSION OF TIME**
**FOR TEMPORARY RESTRAINING ORDER**

It is hereby ORDERED that Plaintiff's Emergency Motion for Extension [Doc 34] is DENIED as the Court does not have the authority to grant a second extension of the Temporary Restraining Order pursuant to Rule 65(b)(2).  While the Court ordinarily would consider the issuance of a preliminary injunction, it cannot do so until after the Defendant has had an opportunity to file its answer.  Previously, the Court granted the Defendant's Unopposed Motion which extended the date it had to file its answer through and until June 16, 2026.  Thus, the Court cannot consider any motion for preliminary inunction until after that date.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

This 4th day of June, 2026