**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CAPYFUN, LLC,

      Plaintiff,

v.

YYWHAHFGFB,                                        Case Number 1:26-cv-00420-WMR

      Defendant.

**ORDER DENYING DEFENDANT'S SECOND MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

This matter has come before the Court on Defendant Yywhahfgfb's *Second Motion for Extension of Time to Answer or Otherwise Plead*. The Court having considered the Motion and the Response filed thereto, the Court DENIES the Second Motion for Extension of Time.

This 18th day of June, 2026.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE