# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

## CASE NO.: 1:26-cv-00420-WMR

CAPYFUN LLC,

      Plaintiff,

v.

YYWHAFGFB, *et al.*

      Defendants.

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

Pursuant to N.D. Ga. L.R. 26.3 and Fed. R. Civ. P. 5, the undersigned hereby certifies that on July 21, 2026, Plaintiff CAPYFUN LLC, served the following:

1. Plaintiff's First Set of Interrogatories Directed to Defendant Yywhahfgfb;

2. Plaintiff's First Requests for Production Directed to Defendant Yywhahfgfb; and

3. Plaintiff's First Requests for Admission Directed to Defendant Yywhahfgfb.

by electronic mail to its counsel:

Ravi Rayasam

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

Ghanayem and Rayasam, LLC
1936B North Druid Hills Road, N.E.
Atlanta, GA 30319
(404) 561-0202
(404) 585-5088 (fax)
ravi@gratlantalaw.com

Christopher Keleher
The Keleher Appellate Law Group
1 East Erie Street
Suite 525
Chicago, IL 60611
(312) 448-8491
ckeleher@appellatelawgroup.com

Dated: July 21, 2026                    Respectfully submitted,

                                        */s/ Angela M. Nieves*
                                        Angela M. Nieves (*Pro Hac Vice*)
                                        angela.nieves@sriplaw.com
                                        JOEL B. ROTHMAN
                                        Georgia Bar Number: 979716
                                        joel.rothman@sriplaw.com

                                        **SRIPLAW, P.A.**
                                        21301 Powerline Road
                                        Suite 212
                                        Boca Raton, FL 33433
                                        561.404.4350 – Telephone
                                        561.404.4353 – Facsimile

                                        and

                                        EVAN A. ANDERSEN
                                        Georgia Bar Number: 377422
                                        evan.andersen@sriplaw.com

                                        **SRIPLAW, P. A.**

2

**SRIPLAW**
Cᴀʟɪғᴏʀɴɪᴀ ◆ Fʟᴏʀɪᴅᴀ ◆ Gᴇᴏʀɢɪᴀ ◆ Iɴᴅɪᴀɴᴀ ◆ Nᴇᴡ Yᴏʀᴋ ◆ Tᴇɴɴᴇssᴇᴇ ◆ Tᴇxᴀs

3355 Lenox Road NE
Suite 750 Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS